AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

JOHNNY CAMARGO,

     Petitioner,     JUDGMENT IN A CIVIL CASE
 V.

            CASE NUMBER: **3:04-CV-00744-ECR-RAM**

E.K. McDANIEL, et al.,

     Respondents.

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** grounds one (b)-(f), two, three, four, five and six are DISMISSED. The court finds these grounds were procedurally defaulted in state court.
    IT IS FURTHER ORDERED that the [34] amended petition for writ of habeas corpus is DENIED.
    IT IS FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

   September 23, 2009     **LANCE S. WILSON**
                                    Clerk

                                  D. R. Morgan
                                Deputy Clerk